ISAAC E. CHAPMAN and Others v. L. E. WATERMAN COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HIRSH & SCHOFIELD, INC., v. AAGE GUSMER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HORTENSE RASTELLO, as Administratrix, etc., v. CATHARINE McCRORKEN. Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM J. BURNS.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

DIME SAVINGS BANK OF BROOKLYN v. LOUISE C. BUTLER, Impleaded. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

KATE LUDWIG v. GEORGE HERMANN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HENRY ZEIDNER v. LOUIS POLONSKY.— Motion denied and stay vacated. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

PHILIPP BROTHERS, INC., v. GENERAL PLATERS SUPPLY COMPANY, INC. Motion denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the CITY OF NEW YORK (JENNINGS STREET SCHOOL SITE).— Motions granted. Orders to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MARY FINCK v. FRANCIS HILLENBRAND. MILDRED MULLER v. FRANCIS HILLENBRAND.— Motion denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of JOHANNES D. E. M. DE RIDDER, Deceased.— Motion denied; execution of commission extended thirty days. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM M. O'CONNOR v. THE CITY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EVA K. CONLON v. JAMES H. MARSH and Others.— Motion to continue stay granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.